UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Kevin Fayette, LLC
1675 Whitehorse - Mercerville Road
Hamilton, New Jersey 08016
(609) 584-0600

In Re:
    Valerie L. Buongiovanni

**Order Filed on November 5, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 20-17872

Hearing Date:

Judge: CMG

## ORDER GRANTING APPROVAL OF DISBURSEMENT OF AUTO INSURANCE PROCEEDS, OUTSIDE OF THE CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: November 5, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Case No. 20-17872-CMG
Order Granting Approval of Disbursement of Auto Insurance Proceeds, outside of the plan.
Page 2

---

This Matter having come before the Court by Valerie Buongiovanni, by and through her attorney, Kevin Fayette, Esquire, and for good cause, it is hereby:

ORDERED that :

1. The net recovery from insurance proceeds in the amount of $13,779.72 to be disbursed in the following manner:

    a. Net Recovery from Geico:                              $13,779.72

    b. Vehicle Payoff to Toyota Financial Services           $806.01

    c. Disbursement to Debtor for purchase of vehicle        $12,973.71.

2. The net insurance proceeds can be paid directly to the Debtor.

3. Upon timely receipt of such payment, the creditor, Toyota Financial Services, is Ordered to cancel its lien of record and surrender the certificate of title to Geico Financial Services.