UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Kevin Fayette, LLC
1675 Whitehorse - Mercerville Road
Hamilton, New Jersey 08016
(609) 584-0600

In Re:
    Valerie L. Buongiovanni

Order Filed on November 5, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 20-17872

Hearing Date:

Judge: CMG

## ORDER GRANTING APPROVAL OF DISBURSEMENT OF AUTO INSURANCE PROCEEDS, OUTSIDE OF THE CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: November 5, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Case No. 20-17872-CMG
Order Granting Approval of Disbursement of Auto Insurance Proceeds, outside of the plan.
Page 2

This Matter having come before the Court by Valerie Buongiovanni, by and through her attorney, Kevin Fayette, Esquire, and for good cause, it is hereby:

ORDERED that :

1. The net recovery from insurance proceeds in the amount of $13,779.72 to be disbursed in the following manner:

    a. Net Recovery from Geico: $13,779.72

    b. Vehicle Payoff to Toyota Financial Services $806.01

    c. Disbursement to Debtor for purchase of vehicle $12,973.71.

2. The net insurance proceeds can be paid directly to the Debtor.

3. Upon timely receipt of such payment, the creditor, Toyota Financial Services, is Ordered to cancel its lien of record and surrender the certificate of title to Geico Financial Services.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-17872-CMG |
| Valerie L. Buongiovanni | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 05, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Valerie L. Buongiovanni, 11 Juniper Way, Hamilton, NJ 08619-4607 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 07, 2021 | Signature: | /s/Joseph Speetjens |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin C. Fayette | on behalf of Debtor Valerie L. Buongiovanni kfayette@kevinfayette.com |
| Shauna M Deluca | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING sdeluca@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5